IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY P. ROWE, V-81229, | ) | |
| Plaintiff(s), | ) | No. C 12-6216 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| C. BARBER, M.D., et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the California Men's Colony in San Luis Obispo (CMC), has filed a pro se complaint under 42 U.S.C. § 1983 alleging deliberate indifference to his medical care. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division. 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District. Id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Jan. 15, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Rowe, J.12-6216.transfer.wpd